# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156849(110)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAFAELI, LLC, and ANDRE OHANESSIAN,
　　　Plaintiffs-Appellants,

v

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ

OAKLAND COUNTY and ANDREW MEISNER,
　　　Defendants-Appellees.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Daniel B. Kohrman to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2019



Clerk